# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN ANDERSON, | ) Case No. CV 09-09559 RGK 9 (Ctx) |
| Plaintiff, | ) ORDER |
| vs. | ) |
| ADVANCED CALL CENTER TECHNOLOGIES, LLC, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that the parties' motion to dismiss this case with prejudice is hereby granted.

Dated this 14th day of July, 2010.

_____
The Honorable R. Gary Klausner